**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 8, 2006**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

-----------------------
No. 05-61107
-------------------------

BRADLEY PORTER

　　　　　　　　Plaintiff - Appellant

　　　v.

LOWNDES COUNTY MISSISSIPPI; ET AL

　　　　　　　　Defendants

LOWNDES COUNTY MISSISSIPPI; LOWNDES COUNTY SHERIFF'S DEPARTMENT;
JAMES FARRIS, In his individual capacity

　　　　　　　　Defendants - Appellees

---------------------------
Appeal from the United States District Court
for the Northern District of Mississippi, Aberdeen
No. 1:04-CV-218
---------------------------

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]　Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.